PROB 12C
(6/16)

Report Date: November 26, 2019

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 26, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alonzo Emitt Montoya         Case Number: 0980 2:16CR00004-JLQ-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 23, 2016

Original Offense:       Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(2)

Original Sentence:      Prison - 24 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Earl Allan Hicks                Date Supervision Commenced: December 15, 2018

Defense Attorney:       Amy H. Rubin                    Date Supervision Expires: December 14, 2021

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 09/30/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
--- | ---
3 | **Special Condition #24**: The defendant shall reside in a residential reentry center (RRC) for a period up to 180 days.  The defendant shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervision officer.
 | **Supporting Evidence**: Mr. Montoya was in direct violation of the order from the Court by absconding from the RRC facility on November 25, 2019.
 | On December 17, 2018, Mr. Montoya was given a copy of his judgment and his conditions of supervision were explained to him. He stated that he understood the conditions in full.
 | On November 25, 2019, Mr. Montoya spoke to the undersigned officer over the phone. He reported he was very frustrated with the RRC and had thoughts of "walking out." This officer strongly encouraged him to remain at the RRC and set up a meeting for November 26, 2019, with himself and his RRC case manager.
 | However, on November 26, 2019, the undersigned officer received an email from the RRC director, which stated that Mr. Montoya had left their facility at 11:45 p.m. the night prior, and had yet to return. The undersigned officer called the front desk of the RRC and it was

Prob12C
**Re: Montoya, Alonzo Emitt**
**November 26, 2019**
**Page 2**

      confirmed that Mr. Montoya was still in abscond status. At this time, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/26/2019

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/26/2019
Date